IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSHUA LEE POWELL, 1725364,           ) | |
|     Petitioner,           ) | |
| )           | |
| v.           ) | No. 3:12-CV-5174-N |
| )           | |
| WILLIAM STEPHENS, Director, Texas           ) | |
| Dept. Of Criminal Justice, Correctional           ) | |
| Institutions Division,           ) | |
|     Respondent.           ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. The Court therefore finds that Petitioner filed his notice of appeal after April 21, 2014.

    IT IS SO ORDERED.

    Signed this 26th day of May, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE